IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  David William Ewing | : | Bankruptcy No. 19-24296-GLT |
| | : | |
| Debtor | : | |
| | : | Chapter 13 |
| David William Ewing, Movant | : | |
| | : | Motion No. X WO-1 |
| v. | : | Motion No. ☐ WO-2 |
| | : | |
| No Respondents | : | |

**EX PARTE MOTION FOR ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The undersigned respectfully represents as follows:

1. A Chapter 13 case was filed.

2. It appears that the Debtor receives regular income which may be attached under 11 U.S.C. §1326 to fund the Chapter 13 Plan.

3. The likelihood of success in the case will be much greater if the Debtor's income is attached to fund the plan.

**WHEREFORE**, the Chapter 13 Trustee and/or the Debtor respectfully request that this Court enter an Order to Pay Trustee in the form attached.

/s/ P. William Bercik
Signature of Chapter 13 Trustee or Attorney for Debtor(s)


P. William Bercik
Typed Name of Chapter 13 Trustee or Attorney for Debtor(s)


210 Grant Street, Suite 2330, Pittsburgh, PA 15219
Address of Chapter 13 Trustee or Attorney for Debtor(s)


(412) 471-2587       Pa. ID No. 59174
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor(s)