**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/10/20 3:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

**DAVID WILLIAM EWING,**                    **Bankruptcy No. 19-24296-GLT**

      **Debtor,**                                **Chapter 13**

**COMMUNITY BANK, N.A. ,**                  **Document No.**

      **Movant,**                               **Related to Doc. Nos. 34 & 47**
  **vs.**

**DAVID WILLIAM EWING,**

      **Respondent.**

## <u>ORDER OF COURT</u>

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the hearing on
Community Bank N.A.'s Motion for Relief from the Automatic Stay Under Section 362
Pursuant to Bankruptcy Rule 4001 [Doc. No. 34] is continued to  May 20, 2020
at 9 a.m. in Courtroom A 54th Floor U.S. Steel Tower, 600 Grant St., Pittsburgh PA.

Date:  3/11/20

_____
United States Bankruptcy Judge

      cm: Robert Lampl, Esq.