FILED
5/19/20 2:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DAVID WILLIAM EWING,                     Bankruptcy No. 19-24296-GLT

    Debtor,                                    Chapter 13

COMMUNITY BANK, N.A.,                    Document No.

    Movant,                                    Related to Doc. Nos. 34, 51
vs.

DAVID WILLIAM EWING,

    Respondent.

## ORDER OF COURT

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the hearing on Community Bank N.A.'s Motion for Relief from the Automatic Stay Under Section 362 Pursuant to Bankruptcy Rule 4001 [Doc. No. 34] is continued to July 29, 2020 at 11 a.m.

The hearing will be conducted as a telephonic hearing in Courtroom A 54th Floor U.S. Steel Tower, 600 Grant St., Pittsburgh, PA. All counsel and parties-in-interest who intend to participate in the hearing must register with CourtCall at (866) 582-6878 (and arrange for payment of the regular charge) no later than twenty-four (24) hours prior to the scheduled hearing. During this temporary period, parties need not seek leave of the Court to participate telephonically, but instead, can contact CourtCall directly. All telephonic participants shall comply with Judge Taddonio's telephonic procedures (as recently modified) located on the Court's webpage at: www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-tele.pdf.

Dated: 5/19/20

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT